# REGISTER OF ACTIONS
## CASE NO. 19-003293-CI


Order Documents!  *Click Here!*
*Request Now!* Including Certified!

**BRITTANY WILLIAMS Vs. ASCENDA USA INC**

§ § § § § § § §

Case Type: **DISCRIMINATION - EMPLOYMENT OR OTHER**
Date Filed: **05/10/2019**
Location: **Section 7**
Judicial Officer: **MUSCARELLA, PATRICIA ANN**
UNIFORM CASE NUMBER: **522019CA003293XXCICI**

## PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| DEFENDANT | ASCENDA USA INC *DOING BUSINESS AS* 24 7 INTOUCH<br>REGISTERED AGENT SOLUTIONS, INC.<br>155 OFFICE PLAZA DR. SUITE A, FL 32301 | |
| PLAINTIFF | WILLIAMS, BRITTANY<br><br>100 S. ASHLEY DRIVE, SUITE 600<br>TAMPA, FL 33602 | PATRICK K ELLIOTT<br>LAW OFFICE OF<br>PATRICK K ELLIOTT PLLC<br>100 SOUTH ASHLEY DRIVE SUITE 600<br>TAMPA, FL 33602<br><br>813-379-3090(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 06/18/2019 | CORRESPONDENCE TO COURT RE   Doc # 12 | |
| | *PROPOSED ORDER W/ATTACHED EXHIBITS* | |
| 06/18/2019 | AGREED ORDER   Doc # 13 | |
| | *VACATING DEFAULT* | |
| 06/12/2019 | DEFAULT ENTERED   Doc # 11 | |
| | Party: ASCENDA USA INC | |
| 06/10/2019 | PLTF-PET'S MOTION TO WITHDRAW   Doc # 9 | |
| | *MOTION FOR CLERK'S DEFAULT AND INCORPORATED MEMORANDUM OF LAW* | |
| 06/10/2019 | MOTION FOR DEFAULT   Doc # 10 | |
| | *ASCENDA USA, INC. D/B/A 24-7 INTOUCH* | |
| 05/24/2019 | AFFIDAVIT-SERVICE OF PROCESS   Doc # 4 | |
| | *052019* | |
| | Party: ASCENDA USA INC | |
| 05/24/2019 | DESIGNATION OF E-MAIL ADDRESS(ES)   Doc # 5 | |
| 05/24/2019 | NOTICE OF SERVICE OF INTERROGATORIES   Doc # 6 | |
| | *BY PLTF* | |
| 05/24/2019 | NOTICE OF TAKING DEPOSITION   Doc # 7 | |
| | *BY PLTF* | |
| 05/24/2019 | REQUEST FOR PRODUCTION   Doc # 8 | |
| | *BY PLTF* | |
| 05/10/2019 | CIVIL COVER SHEET   Doc # 1 | |
| 05/10/2019 | COMPLAINT   Doc # 2 | |
| | *AND DEMAND FOR JURY TRIAL* | |
| 05/10/2019 | SUMMONS TO BE ISSUED   Doc # 3 | |
| | *ISSUED* | |
| | Party: ASCENDA USA INC | |

## FINANCIAL INFORMATION

**PLAINTIFF** WILLIAMS, BRITTANY

Court Ordered   *Click Here!*
*Pay Now!*  Fines, Fees, Costs?

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | 410.00 |
| Total Payments and Credits | | | | 410.00 |
| **Balance Due as of 06/19/2019** | | | | **0.00** |
| 05/13/2019 | Transaction Assessment | | | 410.00 |
| 05/13/2019 | E-FILE PAYMENT | Receipt # EF-2019-18291 | WILLIAMS, BRITTANY | (410.00) |