**TAB B**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRITTANY WILLIAMS,

        Plaintiff,

v.                              CASE NO. _____

ASCENDA USA INCORPORATED d/b/a
24-7 INTOUCH, INC.,

        Defendant.
_____/

## DECLARATION OF MARC LLOYD

I, Marc Lloyd, hereby declare as follows:

1. I could and would testify competently to the matters set forth in this Declaration in a court of law if called upon as a witness based on personal knowledge and my review of records kept in the ordinary course of business.

2. I am Vice President, Global Human Resources for 24-7 Intouch.

3. As a result of these job duties, I am familiar with Ascenda USA, Inc.'s ("Ascenda") business and with its employment records.

4. Ascenda was incorporated in Colorado.

5. Ascenda's headquarters, where its officers direct its activities, are in Colorado.

6. Ms. Brittany Williams' compensation rate during her employment with Ascenda was $11.00 per hour.

7. Ms. Williams' employment with Ascenda ended on March 12, 2018.

8. Based on an 8-hour day and a 40-hour workweek—except for the partial workweeks of March 12, 2018 (8 Hours) and June 17-18, 2019 (16 Hours)—Ms. Williams would have made $28,864.00 through June 18, 2019 from Ascenda had her employment there continued, calculated as follows:

| Year | Weeks | Hours Per Week | Hourly Rate | Total per Week | Number of Weeks | Total per Year |
|---|---|---|---|---|---|---|
| 2018 | 03/12/2018 - 03/12/2018 | 8 | $11.00 | $88.00 | 1 | $18,128.00 |
|  | 03/19/2018 - 12/28/2018 | 40 | $11.00 | $440 | 41 |  |
| 2019 | 12/31/2018 - 06/14/2019 | 40 | $11.00 | $440 | 24 | $10,736.00 |
|  | 06/17/2019 - 06/18/2019 | 16 | $11.00 | $176 | 1 |  |
| Total |  |  |  |  |  | $28,864.00 |

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on this 18th day of June 2019.

_____
MARC LLOYD

2