**TAB C**

IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA

CASE NO. 2019-003293-CI

BRITTANY WILLIAMS,

        Plaintiff,

v.

ASCENDA USA, INC. D/B/A 24-7 INTOUCH,

        Defendant.
_____/

## NOTICE OF FILING NOTICE OF REMOVAL

Defendant Ascenda USA, Inc. d/b/a 24-7 InTouch hereby gives notice that it has removed this case to the United States District Court for the Middle District of Florida, Tampa Division. A copy of the Notice of Removal, without attachments, is attached hereto as Exhibit 1. In accordance with Title 28 of the United States Code, no further proceedings should be held in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida.

Dated this 19th day of June, 2019.              Respectfully submitted,

                                                */s/Mark E. Zelek*
                                                Mark E. Zelek
                                                  Florida Bar No. 667773
                                                  Email:  mark.zelek@morganlewis.com
                                               Morgan, Lewis & Bockius LLP
                                             200 South Biscayne Boulevard, Suite 5300
                                             Miami, FL  33131-2339
                                             Telephone:  305.415.3303
                                             eFacsimile:  877.432.9652

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 19th, 2019, I electronically filed the foregoing document through the electronic filing system, which in turn will serve it via electronic mail on all counsel of record.

                                              */s/ Mark E. Zelek*
                                             Mark E. Zelek

## SERVICE LIST

Patrick K. Elliott, Esq.
The Law Office of Patrick K. Elliott, PLLC
100 S. Ashley Drive, Suite 600
Tampa, Florida  33602
Email:  elliottp@employmentandconsumerlaw.com
Email:  murrayd@employmentandconsumerlaw.com

*Counsel for Plaintiff*