**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRITTANY WILLIAMS,

    Plaintiff,

v.                                   Case No: 8:19-cv-1484-T-30AEP

ASCENDA USA, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal with Prejudice (Dkt. 25). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.     All pending motions, if any, are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of March, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record